UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-CR-00378 MTS |
| | ) |
| | ) |
| **ARTHUR JOSEPH GRASS,** | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT ARTHUR JOSEPH GRASS' OBJECTIONS TO SENTENCING REPORT**

COMES NOW Defendant Arthur Joseph Grass, by and through counsel, David R. Rosener of The Rosener Law Firm, L.C. in Ste. Genevieve, Missouri, and states:

1. Defendant Arthur Grass concurs with the Government's Objections to Presentence Investigation Report filed on or about July 24, 2023 and reiterates such objections as if set out fully herein.

2. Subject to said objections, Defendant Arthur Grass further deems the final sentencing report moreover acceptable.

Wherefore, Defendant requests that this Court proceed to sentencing as now scheduled for August 21, 2023 and for such other and further relief as the Court deems just and proper.

    Respectfully submitted,

    THE ROSENER LAW FIRM, L.C.

By:  ___/s/ David R. Rosener_____
    David R. Rosener, #41893
    21804 Highway 32
    P.O. Box 71
    Ste. Genevieve, MO 63670
    Tele. (636) 933-2800 or (573) 883-8900
    Fax.  (573) 883-9888
    ATTORNEY FOR DEFENDANT
    ARTHUR JOSEPH GRASS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2023, the foregoing DEFENDANT ARTHUR JOSEPH GRASS' Objections to Sentencing Report was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: John Ware, Esq., Assistant United States Attorney, 111 South l0th Street, 20th Floor, St. Louis, Missouri 63102.

/s/ *David R. Rosener*